# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| SHAILAJA KARANTI,<br><br>            Plaintiff (s),<br>    v.<br>EVERHOME MORTGAGE; and DOES 1 to 25, inclusive,<br><br>            Defendant (s). | CASE NO. 5:14-cv-01620-JGB-KK<br><br>**ORDER DISMISSING THE CASE WITH PREJUDICE**<br><br>Ctrm:              One (1)<br>Judge:             Hon. Jesus G. Bernal<br>Magistrate Judge:  Kenly Kiya Kato<br><br>Removed:  August 8, 2014 |

    UPON THE JOINT MOTION of the Plaintiff and Defendant, and good cause appearing therefor,

-1-
**ORDER DISMISSING CASE WITH PREJUDICE**

IT IS HEREBY ORDERED that:

1. The above-entitled matter is hereby dismissed with prejudice and the case shall be closed.

**IT IS SO ORDERED.**

Dated: August 19, 2014        By: _____
                                   HON. JESUS G. BERNAL
                                   UNITED STATES DISTRICT JUDGE